## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMEDOU OULD SALAHI,<br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-0569 (RCL) |

## ORDER

Upon consideration of petitioner's Motion [453] for an Order to Show Cause, respondents' Response and petitioner's Reply thereto, the arguments made in open court on November 24, 2015, the entire record in this case, and the applicable law, it is hereby

**ORDERED** that petitioner's Motion is DENIED. It is further

**ORDERED** that respondents shall, within fourteen days of the date of this Order, file with the Court an explanation of the inconsistencies identified in the Memorandum Opinion accompanying this Order between (1) respondents' counsel's statements at the November 24, 2015 hearing in this case, (2) Respondents' Status Report Regarding Petitioner's Legal Materials Ex. A, ECF No. 475-1 (Decl. of Col. David E. Heath), and (3) Respondents' Status Report Regarding Petitioner's Legal Materials Ex. B, ECF No. 475-2 (Andrew I. Warden's February 26, 2014 email).

It is **SO ORDERED** this 17th day of December, 2015.

ROYCE C. LAMBERTH
United States District Judge